944

■ In the Matter of PALM LOUNGE, INC., Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.—

No opinion. Beldock, P. J,. Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ In the Matter of HENRY SANTOMAURO, Respondent, v. POLLIO PRODUCTS CORPORATION et al., Appellants.—

On the present record, the charges of bad faith asserted against petitioner stand undenied. The allegations that petitioner was consorting with competitors raised a substantial issue of fact as to his good faith (*Matter of Sunnydale Farms* v. *Premium Dairy Co.*, 7 A D 2d 737). Under all the circumstances, the learned Special Term Justice was not free, on this record, to exercise his discretion and to conclude that petitioner had shown good faith; he was required to defer the determination of that issue until after a hearing (*Matter of Breswick & Co.* v. *Greater N. Y. Inds.*, 308 N. Y. 1041, 1043; *Matter of Schwartz* v. *Travelers Hotel*, 5 A D 2d 880; *Matter of Schwartz* v. *Travelers Hotel*, 7 A D 2d 848; *Matter of Carthage Paper Makers* v. *Mutual Box Bd. Co.*, 2 A D 175, 177–178). Christ, Brennan, Hill and Rabin, JJ., concur; Ughetta, Acting P. J., not voting.

■ In the Matter of the Estate of MATTIE WILLIAMS, Deceased. MAUDE L. REAVIS, Individually and as Administratrix D. B. N. of the Estate of MATTIE WILLIAMS, Deceased, Appellant; LOTTIE V. WILLIAMS, Respondent.—■

No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ HENRY KURANT et al., Doing Business as HY GRADE ELECTRIC CO., Respondents, v. MARSHALL ASSOCIATES, INC., Appellant.—